**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

WILLIAM G. MERRYMAN,

    Plaintiff,

vs.                                                     Case No. 3:25-cv-730-MMH-MCR

TOWN OF ORANGE PARK, et al.,

    Defendants.

## O R D E R

**THIS CAUSE** is before the Court on Plaintiff's Motion for Temporary Restraining Order and Injunction (Doc. 3; Motion) filed on July 1, 2025. Relevant here, on June 30, 2025, Plaintiff filed a Complaint (Doc. 1) against the Town of Orange Park and numerous other Defendants alleging, amongst other claims, that the Town of Orange Park wrongfully terminated his employment. See Complaint ¶ 3. Plaintiff now moves for a temporary restraining order, under Rule 65 of the Federal Rules of Civil Procedure (Rule(s)), requesting that the Court order "the Town of Orange Park" to restore his "salary for a temporary period" of time. See Motion at 7. Upon review, the Motion is due to be denied because Plaintiff has failed to satisfy the requirements of Rule 65.

Under Rule 65, the Court may only "issue a temporary restraining order without written or oral notice to the adverse party" if "specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable

injury, loss, or damage will result to the movant before the adverse party can be heard in opposition[.]" Fed. R. Civ. Pro. 65(b)(1)(A) (emphasis added). "An injury is 'irreparable' only if it cannot be undone through monetary remedies." Ne. Fla. Chapter of Ass'n of Gen. Contractors of Am. v. City of Jacksonville, Fla., 896 F.2d 1283, 1285 (11th Cir. 1990). As such, the "possibility that adequate compensatory or other corrective relief will be available at a later date, in the ordinary course of litigation, weighs heavily against a claim of irreparable harm." Id. (quoting Sampson v. Murray, 415 U.S. 61, 90 (1974)). Here, Plaintiff's alleged injury (the loss of his salary) is capable of redress in the ordinary course of litigation. Thus, Plaintiff has failed to show that he will suffer "immediate and irreparable injury" in the absence of a temporary restraining order.

Accordingly, it is

**ORDERED:**

Plaintiff's Motion for Temporary Restraining Order and Injunction (Doc. 3) is **DENIED**.

**DONE AND ORDERED** in Jacksonville, Florida this 8th day of July, 2025.

**MARCIA MORALES HOWARD**
United States District Judge

Lc32

Copies to:
Pro Se Party
Counsel of Record