# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

WILLIAM G. MERRYMAN,

     Plaintiff,

vs.                                                            Case No. 3:25-cv-730-MMH-MCR

TOWN OF ORANGE PARK, et al.,

     Defendants.

_____

# O R D E R

**THIS CAUSE** is before the Court on Plaintiff's Renewed Time Sensitive Motion for Temporary Restraining Order (Doc. 7; Motion) filed on July 22, 2025. In the Motion, Plaintiff moves for a temporary restraining order, under Rule 65 of the Federal Rules of Civil Procedure (Rule(s)), requesting that the Court order the Town of Orange Park to place him on "paid administrative leave with full benefits[.]" See Motion at 1–2. For the reasons previously stated on the record, the Motion is due to be denied. See Order (Doc. 6), entered July 8, 2025. Also before the Court is Plaintiff's Motion for Clarification Regarding Access Change for Pro Se Litigants (Doc. 13; Motion for Clarification) filed on August 1, 2025. In the Motion for Clarification, Plaintiff requests guidance from the Court regarding "the scope and applicability of the August 1, 2025 policy change restricting pro se filings via the electronic portal; whether any exceptions or

accommodations exist for time-sensitive, disability related, or constitutionally urgent matters; and whether Plaintiff's continued access to the Court will be permitted through any alternate means without procedural prejudice." See Motion for Clarification at 4 (alterations omitted). The Motion for Clarification is granted to the extent Plaintiff is advised that regardless of when a case was filed, or the type of relief sought, use of the portal for pro se filings is no longer permitted. To the extent Plaintiff seeks further guidance from the Court, such a request is not proper. And, to the extent Plaintiff asks whether his continued access to the Court will be permitted by alternative means, this request is due to be denied as he has not filed a motion identifying the alternative means sought or complied with the Federal Rules of Civil Procedure and the Local Rules in seeking this relief. As such, other than the clarification provided in this Order, the Motion for Clarification is denied.

Accordingly, it is

**ORDERED:**

1. Plaintiff's Renewed Time Sensitive Motion for Temporary Restraining Order (Doc. 7) is **DENIED**.

2. Plaintiff's Motion for Ruling on Renewed Motion for Temporary Restraining Order (Doc. 11) is **DENIED as moot**.

3. Plaintiff's Motion to Clarify Status of Time Sensitive Motion for Temporary Restraining Order (Doc. 12) is **DENIED as moot**.

4. Plaintiff's Motion for Clarification Regarding Filing Access Change for Pro Se Litigants (Doc. 13) is **GRANTED in-part** and **DENIED in-part** as set forth in this Order.

**DONE AND ORDERED** in Jacksonville, Florida this 17th day of September, 2025.

**MARCIA MORALES HOWARD**
United States District Judge

Lc32

Copies to:
Pro Se Party
Counsel of Record